# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALAN FROEHLICH, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-17-1179-M |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On June 12, 2018, United Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in plaintiff's action for judicial review of the defendant's final decision that he was not disabled under the terms of the Social Security Act. Plaintiff filed pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended the entry of judgment affirming the Commissioner's final decision. Plaintiff was advised of his right to object to the Report and Recommendation by July 3, 2018. A review of the file indicates no objection on record.

Accordingly, upon *de novo* review, the Court:

(1) ADOPTS the Report and Recommendation [Docket no. 22] issued by the Magistrate Judge on June 12, 2018; and

(2) AFFIRMS the final decision of the Commissioner of Social Security.

**IT IS SO ORDERED this 9th day of July, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE